```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>          v.<br><br>ERMENEGILDO ZEGNA,<br><br>          Defendant. | Case No. C 06 07079 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☐ ENE    ☒ Mediation

*(To provide additional information regarding timing of the session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR Session by:

☐ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise noted)*

☒ Other requested deadline (120 days)

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

- 1 -

Levi Strauss & Co. v. Ermenegildo Zegna
Case No. C 06-07079 JSW

| | | |
|---|---|---|
| 1 | Dated: March 21, 2007 | /s/ Gregory S. Gilchrist |
| 2 | | Gregory S. Gilchrist<br>Gin L. Cincone |
| 3 | | Attorneys for Plaintiff<br>Levi Strauss & Co. |
| 5 | Dated: March 21, 2007 | /s/ Mark Lerner |
| 6 | | Mark Lerner |
| 7 | | Attorneys for Defendant<br>Ermenegildo Zegna |

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation through a court ADR appointed mediator, with a deadline to hold an ADR session within 120 days from the date of this Order.

IT IS SO ORDERED:

Dated: __March 21__, 2007

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

61004055 v1

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

- 2 -

Levi Strauss & Co. v. Ermenegildo Zegna
Case No. C 06-07079 JSW