1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 LEVI STRAUSS & CO.,                      Case No. C 06-07079 JSW

12             Plaintiff,                   **STIPULATION AND [PROPOSED]**
                                            **ORDER CONTINUING CASE**
13      v.                                  **MANAGEMENT CONFERENCE**

14 ERMENEGILDO ZEGNA,                       CMC DATE: April 6, 2007
                                            CMC TIME: 1:30 p.m.
15             Defendant.

16

17      The parties in the above-entitled action jointly submit this stipulated request to continue the

18 Case Management Conference currently set for April 6, 2007, for approximately two months until

19 June 8, 2007, in order to allow the parties to continue their settlement negotiations.

20      Defendant Ermenegildo Zegna recently agreed to accept service of the complaint. The parties

21 are continuing to discuss the prospects for settlement and are hopeful that an amicable resolution can

22 be reached. However, due to the fact that some of the parties to the settlement discussions are located

23 outside the United States, it may take some time to finalize and document the terms of the settlement.

24 Accordingly, the parties believe it would be efficient for both them and the Court to continue the Case

25 Management Conference currently scheduled for April 6, 2007, to June 15, 2007, and to continue the

26 deadlines for the parties to meet and confer, to complete initial disclosures, and to file a Case

27 Management Statement and Rule 26(f) Report accordingly.

28

STIPULATION AND [PROPOSED] ORDER        - 1 -        Levi Strauss & Co. v. Ermenegildo Zegna
CONTINUING CMC                                       Case No. C 06-07079 JSW

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: March 22, 2007 | */s/ Gregory S. Gilchrist* |
| 3 | | Gregory S. Gilchrist<br>Townsend and Townsend and Crew LLP |
| 4 | | ATTORNEYS FOR PLAINTIFF |
| 5 | | LEVI STRAUSS & CO. |
| 7 | Dated: March 22, 2007 | */s/ Mark Lerner*<br>Mark Lerner<br>Satterlee Stephens Burke & Burke LLP |
| 9 | | ATTORNEYS FOR DEFENDANT<br>ERMENEGILDO ZEGNA |

The Case Management Conference is HEREBY RESET to June 15, 2007 at 1:30 p.m. All associated deadlines are continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 22, 2007      _____
Hon. Jeffrey S. White
United States District Judge

61010556 v1