```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
HOLLY GAUDREAU (Bar #209114)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com,
hgaudreau@townsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERMENEGILDO ZEGNA,<br><br>　　　　　　Defendant. | Case No.  C 06-07079 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**CMC Date:  June 15, 2007**<br>**CMC Time:   1:30 p.m.**<br>**Judge:  Hon. Jeffrey S. White**<br>**Courtroom 2,  17th Floor** |

　　　　The parties in the above-entitled action jointly submit this stipulated request to continue the Case Management Conference currently set for June 15, 2007, for four weeks until July 13, 2007, in order to allow the parties to continue and finalize their settlement negotiations.

　　　　The parties are continuing to discuss the prospects for settlement and are hopeful that an amicable resolution can be reached shortly.  Accordingly, the parties believe it would be efficient for both them and the Court to continue the Case Management Conference currently scheduled for June 15, 2007, to July 13, 2007.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  June 13, 2007　　　　　　*/s/ Gia L. Cincone*_____
　　　　　　　　　　　　　　　　Gia L. Cincone
　　　　　　　　　　　　　　　　Townsend and Townsend and Crew LLP

　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　LEVI STRAUSS & CO.

1  Dated: June 13, 2007         */s/ John M. Cone*
                                 John M. Cone
2                                Hitchcock Evert LLP

3                                ATTORNEYS FOR DEFENDANT
                                 ERMENEGILDO ZEGNA
4

5
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
6

7  Dated: __June 14, 2007__      _____/s/ Jeffrey S. White_____
                                 Hon. Jeffrey S. White
8                                United States District Judge

9

10

11

12  61076877 v1